FILED

2004 FEB -5 AM 10: 09

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

SALVADOR JIMENEZ-GARCIA, et al.,

        Plaintiffs,

-vs-                                                                                    Case No. 2:01-cv-539-Ftm-31SPC

SORRELLS BROTHERS PACKING
COMPANY, INC.,
        Defendant.

_____

## ORDER AND NOTICE OF HEARING

The Plaintiffs are directed to file a Motion, with memorandum and other pertinent supporting documents, regarding their claim for attorney's fees on or before Friday, February 20, 2004. The Defendant is directed to file a response to the motion on or before Wednesday, March 10, 2004.

**TAKE NOTICE** that an evidentiary hearing will be held on **Friday, March 19, 2004 at 9:00 a.m.** to be held in the U.S. Courthouse and Federal Building, Fort Myers, Florida. The Courtroom will be determined at a later date. The parties are directed to file and exchange a list of witnesses and exhibits that they intend on introducing at the hearing on or before March 15, 2004.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4 day of February, 2004.

                              GREGORY A. PRESNELL
                              UNITED STATES DISTRICT JUDGE

Copies to:
All counsel and unrepresented parties.
Judge John E. Steele



F I L E   C O P Y

Date Printed: 02/05/2004

Notice sent to:

   ___   Kristina Rowe, Esq.
Florida Rural Legal Services, Inc.
106 S. 2nd St.
P.O. Box 1109
Immokalee, FL   34142

2:01-cv-00539     maa

   ___   Raul Canela Pardo, Esq.
Florida Rural Legal Services, Inc.
200 S. Indian River Dr., Suite 101
P.O. Box 4333
Ft. Pierce, FL   34948-4333

2:01-cv-00539     maa

   ___   Christine Elizabeth Larson, Esq.
Florida Rural Legal Services
3210 Cleveland Ave., Suite 101
P.O. Box 219
Fort Myers, FL   33902-0219

2:01-cv-00539     maa

   ___   Lisa Jeanne Butler, Esq.
Florida Rural Legal Services
3210 Cleveland Ave., Suite 101
P.O. Box 219
Fort Myers, FL   33902-0219

2:01-cv-00539     maa

   ___   Gregory Scott Schell, Esq.
Migrant Farmworker Justice Project
Florida Legal Services
508 Lucerne Ave.
Lake Worth, FL   33460

2:01-cv-00539     maa

   ___   David J. Stefany, Esq.
Allen, Norton & Blue, P.A.
324 S. Hyde Park Ave., Suite 350
Tampa, FL   33606

2:01-cv-00539     maa