**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**



SALVADOR JIMENEZ-GARCIA,
GERARDO GONZALEZ-JIMENEZ,
ALEJANDRO JUAN-PEREZ, JUAN
ANTONIO-MALDONADO, and
GILBERTO MORENO-MENDO,

     Plaintiffs,

-vs-          Case No. 2:01-cv-539-Ftm-31SPC

SORRELLS BROTHERS PACKING
COMPANY, INC.,

     Defendants.

## ORDER

Upon consideration of the Joint Motion for Assessment of Damages (Doc. 112), it is

**ORDERED** that the Motion is Granted. The Clerk is directed to enter Judgment for the Plaintiffs and against the Defendant in the following amounts:

| | |
|---|---|
| Ruben Gomez-Ortiz | $5,697.43 |
| Gerardo Gonzalez-Jimenez | 5,758.51 |
| Alejando Juan-Perez | 6,120.96 |
| Rafael Juan-Perez | 4,618.44 |
| Juan Antonio Maldonado | 3,669.48 |
| Gilberto Moreno-Mendo | 5,699.20 |

**DONE and ORDERED** in Chambers in Orlando, Florida this 5th day of February, 2004.

          GREGORY A. PRESNELL
          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party

F I L E   C O P Y

Date Printed: 02/05/2004

Notice sent to:

   ___   Kristina Rowe, Esq.
          Florida Rural Legal Services, Inc.
          106 S. 2nd St.
          P.O. Box 1109
          Immokalee, FL   34142

          2:01-cv-00539     maa

   ___   Raul Canela Pardo, Esq.
          Florida Rural Legal Services, Inc.
          200 S. Indian River Dr., Suite 101
          P.O. Box 4333
          Ft. Pierce, FL   34948-4333

          2:01-cv-00539     maa

   ___   Christine Elizabeth Larson, Esq.
          Florida Rural Legal Services
          3210 Cleveland Ave., Suite 101
          P.O. Box 219
          Fort Myers, FL   33902-0219

          2:01-cv-00539     maa

   ___   Lisa Jeanne Butler, Esq.
          Florida Rural Legal Services
          3210 Cleveland Ave., Suite 101
          P.O. Box 219
          Fort Myers, FL   33902-0219

          2:01-cv-00539     maa

   ___   Gregory Scott Schell, Esq.
          Migrant Farmworker Justice Project
          Florida Legal Services
          508 Lucerne Ave.
          Lake Worth, FL   33460

          2:01-cv-00539     maa

   ___   David J. Stefany, Esq.
          Allen, Norton & Blue, P.A.
          324 S. Hyde Park Ave., Suite 350
          Tampa, FL   33606

          2:01-cv-00539     maa