

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

SALVADOR JIMENEZ-GARCIA et al.,

Plaintiffs,

-vs-                                                    Case No. 2:01-cv-539-FtM-31SPC

SORRELLS BROTHERS PACKING
COMPANY, INC.,

Defendant.

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered for the Plaintiffs, *RUBEN GOMEZ-ORTIZ, SALVADOR JIMENEZ-GARCIA, GERARDO GONZALEZ-JIMENEZ, ALEJANDO JUAN-PEREZ, JUAN ANTONIO-MALDONADO, and GILBERTO MORENO-MENDO*, and against the Defendant, *SORRELLS BROTHERS PACKING COMPANY, INC.*, in the following amounts:

| | |
|---|---|
| Ruben Gomez-Ortiz | $5,697.43 |
| Gerardo Gonzalez-Jimenez | $5,758.51 |
| Alejandro Juan-Perez | $6,120.96 |
| Rafael Juan-Perez | $4,618.44 |
| Juan Antonio Maldonado | $3,669.48 |
| Gilberto Moreno-Mendo | $5,699.20 |

Date:   February 5, 2004              SHERYL L. LOESCH, CLERK

                                      By: _____
                                          M. Plekones, Deputy Clerk



F I L E   C O P Y

Date Printed: 02/05/2004

Notice sent to:

    Kristina Rowe, Esq.
    Florida Rural Legal Services, Inc.
    106 S. 2nd St.
    P.O. Box 1109
    Immokalee, FL  34142

    2:01-cv-00539     maa

    Raul Canela Pardo, Esq.
    Florida Rural Legal Services, Inc.
    200 S. Indian River Dr., Suite 101
    P.O. Box 4333
    Ft. Pierce, FL  34948-4333

    2:01-cv-00539     maa

    Christine Elizabeth Larson, Esq.
    Florida Rural Legal Services
    3210 Cleveland Ave., Suite 101
    P.O. Box 219
    Fort Myers, FL  33902-0219

    2:01-cv-00539     maa

    Lisa Jeanne Butler, Esq.
    Florida Rural Legal Services
    3210 Cleveland Ave., Suite 101
    P.O. Box 219
    Fort Myers, FL  33902-0219

    2:01-cv-00539     maa

    Gregory Scott Schell, Esq.
    Migrant Farmworker Justice Project
    Florida Legal Services
    508 Lucerne Ave.
    Lake Worth, FL  33460

    2:01-cv-00539     maa

    David J. Stefany, Esq.
    Allen, Norton & Blue, P.A.
    324 S. Hyde Park Ave., Suite 350
    Tampa, FL  33606

    2:01-cv-00539     maa