UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

| | |
|---|---|
| SALVADOR JIMENEZ-GARCIA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SORRELLS BROTHERS PACKING COMPANY, INC., et al., <br><br> Defendants. | Case No. 2:01-cv-539-FtM-31SPC |

**DECLARATION OF GREGORY S. SCHELL IN SUPPORT OF
MOTION OF PLAINTIFFS GERARDO GONZALEZ-JIMENEZ,
ALEJANDRO JUAN-PEREZ, RAFAEL JUAN-PEREZ and
GILBERTO MORENO-MENDO FOR AN AWARD
OF ATTORNEYS' FEES AND COSTS**

COMES NOW GREGORY S. SCHELL, who declares and states under the penalty of perjury as follows:

1. My name is Gregory S. Schell. Throughout this litigation, I have served as counsel for Plaintiffs Gerardo Gonzalez-Jimenez, Alejandro Juan-Perez, Rafael Juan-Perez and Gilberto Moreno-Mendo.

2. I graduated from Harvard College, Cambridge, Massachusetts, with an A.B. degree in Government magna cum laude in June, 1976. I graduated from Harvard Law School,

Cambridge, Massachusetts with a J.D. degree in June, 1979. I was first admitted to the practice of law on November 16, 1979. I am a member of the Florida and Maryland bars. I am admitted to practice before the Fourth, Fifth and Eleventh Circuit Courts of Appeal and the United District Courts for Maryland, the District of Columbia and the Southern, Middle and Northern Districts of Florida.

3. Since 1979, my practice has consisted entirely of representation of migrant farmworkers, primarily with regard to employment-related matters.

4. I have been employed since January, 1996 as the managing attorney of the Migrant Farmworker Justice Project of Florida Legal Services, Inc. I supervise the work of two attorneys and two paralegals providing legal assistance to migrant farmworkers throughout Florida.

5. From June, 1988 through December, 1995, I was employed as the leader of the Farmworker Employment Workgroup of Florida Rural Legal Services, Inc. In this capacity, I supervised the work of four attorneys and five paralegals providing legal assistance to migrant and seasonal agricultural workers throughout the state of Florida. In this capacity, I oversaw all employment litigation filed by the program on behalf of farmworkers. In addition, I served as co-counsel on all complex employment cases and appeals brought by our program.

6. From January, 1983 through June 20, 1988, I was employed as the managing attorney of the Migrant Farmworker Division of the Legal Aid Bureau, Inc. In this position, I supervised a staff of two other attorneys and two paralegals providing legal assistance in civil matters to migrant farmworkers in Maryland, Delaware and Virginia.

7. From July, 1979 through December, 1982, I was employed as a staff attorney with Florida Rural Legal Services, Inc. in Immokalee, Florida. This practice was comprised almost

entirely of the representation of farmworkers in matters involving employment, housing and governmental benefits.

8. I am conversant in the Haitian Creole language, the native tongue of many Florida farmworkers. In December, 1988, I was the only attorney member of a committee of the Federal Court Interpreter Certification Project assigned to prepare a federal court certification examination in Haitian Creole.

9. In over 24 years of representing migrant farmworkers, I have served as lead counsel in over 100 federal court actions involving claims under the Migrant and Seasonal Agricultural Worker Protection Act and the Fair Labor Standards Act. Among these cases are Morante-Moreno v. T & Y Pine Straw, Inc., 350 F.3d 1163 (11th Cir. 2003); Charles v. Burton, 169 F.3d 1322 (11th Cir. 1999); Antenor v. D & S Farms, 88 F.3d 925 (11th Cir. 1996); Caro-Galvan v. Richardson, 993 F.2d 1500 (11th Cir. 1993); Cochran v. Vann, 1992 WL 103977 (11th Cir. 1992); Leach v. Johnston, 812 F.Supp. 1198 (M.D. Fla. 1992); Stewart v. Everett, 804 F.Supp. 1494 (S.D. Fla. 1992); Saintida v. Tyre, 783 F.Supp. 1368 (S.D. Fla. 1992); Osias v. Marc, 700 F.Supp. 842 (D. Md. 1988); Stewart v. Woods, 730 F.Supp. 1096 (M.D. Fla. 1990); Fields v. Luther, 108 Lab. Cases (CCH) paragraph 35,072, 28 WH Cases 1062 (D. Md. 1988); Monville v. Williams, 107 Lab. Cases (CCH) paragraph 34,979, 28 WH Cases (BNA) 497 (D. Md. 1987); Frenel v. The Freezeland Orchard Co., Inc., 108 Lab. Cases (CCH) paragraph 35,016, 28 WH Cases 666 (E.D. Va. 1987); Bernett v. Hepburn Orchards, Inc., 106 Lab. Cases (CCH) paragraph 34,913 (D. Md. 1987); Clarke v. Gardenhour Orchards, Inc., 108 Lab. Cases (CCH) paragraph 35,070 (D. Md. 1987); Caugills v. Hepburn Orchards, Inc., 108 Lab. Cases (CCH) paragraph 35,042 (D. Md. 1987).

10. I have litigated over 20 cases involving the temporary agricultural foreign labor program, under which the Plaintiffs in this cause were admitted. Among these cases are <u>Arriaga v. Florida-Pacific Farms, LLC</u>, 305 F.3d 1228 (11th Cir. 2002); <u>Frederick County Fruit Growers Ass'n v. Martin</u>, 703 F.Supp. 1021 (D.D.C. 1989), *aff'd*, 968 F.2d 1265 (D.C. Cir. 1992); <u>Phillps v. McLaughlin</u>, 854 F.2d 673 (4th Cir. 1988); <u>Joseph v. Okeelnata Corp.</u>, 656 So.2d 1316 (Fla. 4th DCA 1995); <u>Bernett v. Hepburn Orchards, Inc.</u>, 106 Lab. Cases (CCH) paragraph 34,913 (D. Md. 1987); <u>Clarke v. Gardenhour Orchards, Inc.</u>, 108 Lab. Cases (CCH) paragraph 35,070 (D. Md. 1987); <u>Caugills v. Hepburn Orchards, Inc.</u>, 108 Lab. Cases (CCH) paragraph 35,042 (D. Md. 1987).

11. On over a dozen separate occasions, I have served as a trainer in seminars for attorneys and paralegals from around the country who work representing migrant farmworkers. . In April, 1998, I was a trainer at a national conference on the temporary foreign worker (H-2A) program in El Paso, Texas.

12. In other cases before the federal courts, I have been awarded attorney's fees at rates of up to $300 per hour.

13. It is my belief that Florida counsel with my knowledge, training and experience would charge at least $300 per hour for the work I performed in this action as described in paragraph 11 of this declaration. This belief is based upon the below-listed billing data relating to hourly rates charged by large Florida firms, as listed in the December 1, 2003 edition of the <u>National Law Journal</u>:

| Firm | City | Associate Rates | Partner Rates |
|---|---|---|---|
| Adorno & Yoss | Miami | $100-$250 | $200-$450 |
| Carlton Fields | Tampa | $150-$305 | $235-$400 |
| Greenberg Traurig | Miami | $140-$500 | $250-$850 |
| Steel Hector & Davis | Miami | $180-$290 | $270-$650 |

14. I have devoted a total of 248.81 hours as detailed below with respect to the discrete claims of Plaintiffs Gerardo Gonzalez-Jimenez, Alejandro Juan-Perez, Rafael Juan-Perez and Gilberto Moreno-Mendo, which were tried to the Court on December 29-30, 2003. These figures do not include time I spent drafting the complaint and amended complaint and other pleadings which related to these individuals' contract claims, as well as other claims that were previously settled.. I also have not included time traveling to depositions away from my office, both in Florida and in Mexico.

The figures below are based upon contemporaneous time records I have maintained with respect to this matter.

| DATE | ACTIVITY | TIME (in hours) |
|---|---|---|
| 9/26/02 | Attend deposition of Ruben Gomez-Ortiz in Queretaro | 2.80 |
| 10/24/02 | Conducted deposition of Eulalio Valerio in Arcadia | 4.50 |
| 10/25/02 | Conducted deposition of Judy Strickland in Arcadia | 2.25 |
| 11/22/02 | Prepared e-mail message to David Stefany regarding scheduling of depositions of grower defendants | 0.13 |

5

| Date | Description | Hours |
|---|---|---|
| 1/13/03 | Conference with Kristina Rowe and Chris Larson regarding additional discovery to be conducted | 0.43 |
| 1/31/03 | Started drafting request to Sorrells for production of documents and things | 0.52 |
| 1/31/03 | Prepared deposition notices for grower defendants and accompanying letter to David Stefany | 0.43 |
| 2/11/03 | Completed drafting first request for production | 1.20 |
| 3/6/03 | Conference with Lisa Butler and Chris Larson regarding strategy for depositions on March 10 and 11 | 0.47 |
| 3/7/03 | Conference with Lisa Butler regarding exhibits to be used at depositions on March 10 and 11 | 0.30 |
| 3/8/03 | Reviewed records and exhibits, prepare exhibits and draft questions for depositions of March 10-11 | 10.65 |
| 3/9/03 | Review records and exhibits for use at depositions of March 10 and 11 | 2.25 |
| 3/10/03 | Conducted deposition of Terri McNulty in Arcadia | 2.08 |
| 3/10/03 | Conducted deposition of Ruth Jacobs in Arcadia | 2.70 |
| 3/10/03 | Conducted deposition of Darryl Trawick in Arcadia | 1.75 |
| 3/13/03 | Conference with Lisa Butler and Chris Larson regarding scheduling of addition depositions and discovery | 0.70 |
| 3/17/03 | Conference with Lisa Butler regarding depositions of Sorrells personnel | 0.47 |
| 4/4/03 | Conference with co-counsel regarding re-scheduling of Mexico depositions | 0.35 |
| 4/17/03 | Conducted deposition of Walter Kates in Orlando | 2.18 |
| 4/18/03 | Conference with Lisa Butler and Chris Larson regarding depositions of remaining plaintiffs in Mexico | 0.13 |

| Date | Description | Hours |
|---|---|---|
| 4/20/03 | Review transcripts of depositions of Judy Strickland Eulalio Valerio and Riben Gomez in preparation for deposition of Steve Sorrells | 2.70 |
| 4/21/03 | Prepared deposition questions for Steve Sorrells | 1.87 |
| 4/22/03 | Conducted deposition of Steve Sorrells in Arcadia | 2.67 |
| 4/22/03 | Meet with co-counsel to discuss need for additional discovery in the case | 0.32 |
| 5/26/03 | Drafted memo to co-counsel assessing contract claims and damages being sought by remaining plaintiffs | 0.77 |
| 6/19/03 | Conference with Robert Walter of Solicitor of Labor's office regarding deposition of Dorie Fay | 0.13 |
| 6/19/03 | Draft letter to Robert Walter requesting deposition of Dorie Fay | 0.32 |
| 6/20/03 | Conference with Raul Barrera regarding depositions in Mexico | 0.20 |
| 6/20/03 | Conference with Lisa Butler regarding Mexico depositions | 0.32 |
| 6/26/03 | Conference with Lisa Butler regarding Mexico depositions and supporting payroll records | 0.37 |
| 6/27/03 | Conference with Lisa Butler regarding depositions of Plaintiffs in Veracruz and Zacatecas | 0.22 |
| 6/30/03 | Conference with Raul Barrera regarding depositions in Veracruz and Zacatecas | 0.30 |
| 7/9/03 | Conference with Raul Barrera regarding preparation of clients for testimony at depositions in Mexico | 0.37 |
| 7/12/03 | Prepared chart summarizing production of terminated workers for presentation at trial | 2.75 |
| 7/12/03 | Drafted questions for depositions in Mexico | 1.17 |
| 7/13/03 | Reviewed deposition transcripts of Trawick, Sorrells and Gomez in preparation for depositions | 1.92 |

| | | |
|---|---|---|
| | in Mexico | |
| 7/13/03 | Meet with witnesses in Veracruz to prepare for depositions on July 14 and 15 | 2.87 |
| 7/14/03 | Meet with Rafael Juan-Perez and Gerardo Gonzalez-Jimenez to prepare for depositions on July 15 | 1.48 |
| 7/14/03 | Conducted deposition of Alejandro Juan-Perez in Veracruz | 5.20 |
| 7/14/03 | Conducted deposition of Gilberto Moreno-Mendo in Veracruz | 3.25 |
| 7/15/03 | Conducted deposition of Rafael Juan-Perez in Veracruz | 3.17 |
| 7/15/03 | Conducted deposition of Gerardo Gonzalez-Jimenez in Veracruz | 2.75 |
| 7/16/03 | Meet with witnesses to prepare for depositions of July 17 | 3.22 |
| 7/17/03 | Attend deposition of Juan Antonio Maldonado in Zacatecas | 3.75 |
| 7/21/03 | Conference with co-counsel regarding preparation of pre-trial stipulation | 0.20 |
| 7/22/03 | Conference with co-counsel regarding possible extension of discovery period and time for filing pre-trial stipulation | 0.20 |
| 7/22/03 | Conference with Raul Barrera regarding need to interview third-party witness German Figueroa | 0.10 |
| 7/24/03 | Draft pre-trial statement | 6.17 |
| 7/26/03 | Drafted written questions to be posed to witness Dorie Fay at her deposition upon written questions | 2.58 |
| 7/28/03 | Finalized questions to be posed to Dorie Fay at her deposition under Federal Rule 31 | 1.25 |
| 7/30/03 | Reviewed Defendant's proposed changes to pretrial | 0.30 |

| | | |
|---|---|---|
| | statement draft | |
| 7/30/03 | Conference with Lisa Butler regarding pretrial statement and depositions of Raul Torres and German Figueroa | 0.30 |
| 7/31/03 | Completed pretrial statement, including designations of deposition passages | 7.75 |
| 8/5/03 | Conference with Chris Larson regarding depositions of third party witnesses in Mexico | 0.20 |
| 8/6/03 | Conference with Chris Larson and Alexis Jones regarding depositions in Mexico of third party witnesses German Figueroa and Raul Torres | 0.23 |
| 8/7/03 | Prepared deposition notices for depositions on August 22 and August 29 | 0.32 |
| 8/9/03 | Amended pretrial statement to designate pages and lines of depositions for Rafael Juan-Perez, Gerardo Gonzalez-Jimenez and Juan Antonio Maldonado | 1.63 |
| 8/11/03 | Conference with Chris Larson and Lisa Butler regarding depositions in Mexico and Arcadia | 0.30 |
| 8/11/03 | Conference with Rachel Micah-Jones regarding preparation of trial brief and arguments to be included | 0.68 |
| 8/20/03 | Started drafting questions to be posed to Petra Valerio at her deposition on August 22 | 0.75 |
| 8/20/03 | Conference with Lisa Butler regarding August 22 depositions of Ana Mares and Petra Valerio | 0.78 |
| 8/21/03 | Prepared deposition questions for Ana Mares and Petra Valerio | 2.23 |
| 8/22/03 | Conducted deposition of Petra Valerio in Arcadia | 2.75 |
| 8/22/03 | Conducted deposition of Ana "Bris" Mares in Arcadia | 1.37 |
| 8/27/03 | Prepared questions for depositions of third party witnesses to be deposed in Zacatecas | 0.75 |

| Date | Description | Hours |
|---|---|---|
| 8/29/03 | Conducted deposition of German Figueroa in Zacatecas | 2.55 |
| 8/29/03 | Conducted deposition of Raul Torres in Zacatecas | 1.47 |
| 9/3/03 | Researched availability of work product doctrine to prior statements by Figueroa; prepared brief memo on the topic | 0.48 |
| 9/3/03 | Prepared notices and accompanying materials for deposition of Dorie Fay under Rule 31 | 0.70 |
| 9/11/03 | Conference with Lisa Butler regarding preparation of trial brief | 0.32 |
| 9/16/03 | Meet with co-counsel in Immokalee regarding trial exhibits and revisions to pretrial statement | 2.22 |
| 9/19/03 | Review deposition testimony of German Figueroa to prepare for trial | 0.65 |
| 9/22/03 | Made additional revisions to pretrial statement | 2.23 |
| 9/22/03 | Draft letter to David Stefany regarding proposed use of deposition testimony in lieu of live testimony from Alejandro Barragan, Berthina Cervantes and Silvestre Ochoa-Hernandez | 0.37 |
| 9/22/03 | Conference with Lisa Butler regarding demonstrative evidence for use at trial | 0.15 |
| 9/23/03 | Continued reviewing and revising pretrial brief | 5.28 |
| 9/23/03 | Conference with co-counsel regarding contents of trial brief | 0.63 |
| 9/24/03 | Made revisions to trial brief | 0.78 |
| 9/25/03 | Added revisions to pretrial statement | 0.95 |
| 9/25/03 | Drafted letter to David Stefany regarding problem with undisclosed witnesses testifying at trial | 0.42 |
| 9/25/03 | Made final revisions to trial brief | 0.37 |

| Date | Description | Hours |
|---|---|---|
| 9/26/03 | Complete revisions to pretrial statement | 0.37 |
| 9/26/03 | Review and revise of draft of motion in limine | 0.52 |
| 9/29/03 | Meet with representative of Trial Graphix to discuss trial exhibits | 1.22 |
| 9/29/03 | Conference with co-counsel and Raul Barrera regarding trial testimony by Alejandro Barragan | 0.27 |
| 10/1/03 | Conference with Lisa Butler regarding remaining depositions in case | 0.38 |
| 10/8/03 | Review transcript of deposition of Dorie Fay | 0.32 |
| 10/14/03 | Prepared questions for deposition of Alejandro Barragan on October 15 in Arcadia | 1.37 |
| 10/15/03 | Conducted deposition of Alejandro Barragan in Arcadia | 2.78 |
| 10/16/03 | Attended pretrial conference in Fort Myers | 0.37 |
| 10/17/03 | Prepared notice of deposition for Berthina Cervantes | 0.12 |
| 10/20/03 | Reviewed transcript of deposition of Berthina Cervantes from *Arriaga* in preparation for deposition on October 24 | 0.65 |
| 10/22/03 | Prepared questions for deposition of Berthina Cervantes | 1.23 |
| 10/23/03 | Completed drafting questions for Berthina Cervantes deposition on October 24 | 0.48 |
| 10/24/03 | Conducted deposition of Berthina Cervantes in Lexington, Kentucky | 2.42 |
| 10/27/03 | Drafted response to court order of October 8, 2003 | 0.53 |
| 10/28/03 | Drafted letter in support of application for visa to attend trial for Gilberto Moreno-Mendo | 0.48 |
| 10/31/03 | Conference with Chris Larson and Lisa Butler regarding designation of deposition testimony for trial | 0.38 |
| 11/13/03 | Draft notice of deposition for Silvestre Ochoa | 0.08 |

| | | |
|---|---|---|
| 11/20/03 | Conference with Lisa Butler regarding use of depositions of Sorrells employees under Rule 32 | 0.38 |
| 11/20/03 | Research use of Sorrells employee depositions under Rule 32, drafted memo ro co-counsel on issue | 0.42 |
| 11/20/03 | Began digesting and preparing outline of deposition of Judy Strickland in preparation of trial questioning | 0.53 |
| 11/25/03 | Continued preparing summary of Judy Strickland deposition | 0.37 |
| 11/26/03 | Conference with Lisa Butler regarding filing of depositions as trial exhibits | 0.35 |
| 11/27/03 | Prepared depositions for filing at trial | 0.42 |
| 11/27/03 | Reviewed case authorities regarding admissibility of employee depositions under F.R.Civ.P. 32 | 0.57 |
| 12/1/03 | Prepared cross-designations of portions of deposition of Berthina Cervantes | 1.30 |
| 12/3/03 | Completed outline of Judy Strickland deposition for use in preparing trial questions for witnesses | 2.17 |
| 12/3/03 | Reviewed and revised letter to Stefany detailing depositions to be offered in evidence and grounds therefor | 0.20 |
| 12/4/03 | Completed outline of deposition of Petra Valerio for trial cross-examination | 1.20 |
| 12/4/03 | Reviewed 12/4 letter from Stefany regarding use depositions at trial; sent memo to Lisa Butler on response | 0.38 |
| 12/5/03 | Conference with Lisa Butler regarding admissibility of deposition transcripts at trial | 0.35 |
| 12/9/03 | Prepared outline of deposition of Ana Mares for use in examination of witness at trial | 1.38 |
| 12/12/03 | Reviewed deposition of Alejandro Barragan in | 1.25 |

| Date | Description | Hours |
|---|---|---|
| | preparation for trial | |
| 12/12/03 | Prepared outline of deposition of German Figueroa for use in cross examination at trial | 2.18 |
| 12/15/03 | Tele-conference with co-counsel to finalize trial witnesses and to discuss order of witnesses at trial | 1.20 |
| 12/15/03 | Review file in preparation for meeting with Defendants' counsel on December 16 | 0.58 |
| 12/15/03 | Prepared outline of deposition of Alejandro Barragan for use in cross-examination at trial | 1.42 |
| 12/16/03 | Began outlining deposition of Steve Sorrells for use in cross-examination at trial | 1.18 |
| 12/17/03 | Reviewed Defendant's Exhibit List to note objections and drafted letter to David Stefany noting objections | 0.30 |
| 12/18/03 | Reviewed Defendant's objections to Plaintiffs' trial exhibits; drafted memo to co-counsel regarding these objections | 0.30 |
| 12/18/03 | Conference with David Stefany regarding presentation of trial exhibits | 0.08 |
| 12/18/03 | Drafted letter to David Stefany regarding objections to Defendant's trial exhibits | 0.08 |
| 12/18/03 | Continued preparing summary of deposition of Steve Sorrells for use at trial | 1.92 |
| 12/19/03 | Continued outlining of deposition of Steve Sorrells for use at trial | 1.20 |
| 12/20/03 | Completed summary of deposition of Steve Sorrells for use at trial | 1.78 |
| 12/20/03 | Prepared outline of deposition of Darryl Trawick for use in cross-examination at trial | 0.98 |
| 12/20/03 | Prepared summary of deposition of Eulalio Valerio for use in cross-examination at trial | 0.80 |

13

| Date | Description | Hours |
|---|---|---|
| 12/20/03 | Prepared summary of deposition of Teresa McNulty for use at trial | 0.40 |
| 12/22/03 | Started drafting trial questions | 2.75 |
| 12/23/03 | Conference with Chris Larson regarding scheduling of trial witnesses | 0.10 |
| 12/23/03 | Completed preparation of trial questions | 5.25 |
| 12/24/03 | Prepare outline of deposition of Gilberto Moreno-Mendo | 2.17 |
| 12/24/03 | Drafted trial questions for Gilberto Moreno, based on deposition testimony | 0.83 |
| 12/25/03 | Drafted trial questions for Judy Strickland based on her deposition testimony | 1.28 |
| 12/25/03 | Drafted opening statement and closing argument | 7.18 |
| 12/25/03 | Prepared trial questions for Steve Sorrells based on his deposition testimony | 5.48 |
| 12/26/03 | Revised and completed trial questions for remaining witnesses | 7.75 |
| 12/28/03 | Review file in preparation for trial on December 29 | 2.70 |
| 12/28/03 | Meet with co-counsel to discuss trial presentations and order of proof | 1.82 |
| 12/28/03 | Meet with Gilberto Moreno-Mendo and Juan Antonio Maldonado to prepare for trial testimony | 2.18 |
| 12/29/03 | Trial in Fort Myers | 9.25 |
| 12/29/03 | Draft closing argument | 1.20 |
| 12/29/03 | Prepare additional trial questions for Petra Valerio, Alejandro Barragan and German Figueroa-Cardona | 1.42 |
| 12/30/03 | Trial in Fort Myers | 6.25 |
| 1/8/04 | Computed damages due Plaintiffs under court's | 0.82 |

| Date | Description | Hours |
|---|---|---|
| | liability ruling; prepared memo summarizing damages and interest | |
| 1/21/04 | Draft letter to David Stefany outlining Plaintiffs' damages | 1.20 |
| 1/28/04 | Draft joint motion for assessment of damages | 1.30 |
| 2/13/04 | Start drafting motion for fees and costs | 1.20 |
| 2/14/04 | Research "costs" under Florida law | 2.75 |
| 2/16/04 | Research award of fees under Fla. Stat. § 448.08 | 2.75 |
| 2/17/04 | Completed research on fees under Fla. Stat. §448.08 | 0.75 |
| 2/17/04 | Started drafting declaration in support of attorney's fees | 2.25 |
| 2/18/04 | Completed declaration in support of attorney's fee motion | 4.50 |
| 2/19/04 | Drafted memorandum in support of attorney's fee motion | 5.25 |

I DECLARE UNDER THE PENALTIES OF PERJURY that the foregoing declaration is true and correct, to the best of my knowledge and belief.

_____
Gregory S. Schell

Lake Worth, Florida
February 19, 2004

15

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by United States mail, postage prepaid, to David J. Stefany of Allen, Norton & Blue, P.A., counsel of record for the Defendants, Suite 350, 324 S. Hyde Park Avenue, Tampa, Florida 33606, this 19th day of February, 2004.

_____
Gregory S. Schell