UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED
2004 MAR 15 PM 2: 29

SALVADOR JIMENEZ-GARCIA, et al., )
)
Plaintiffs, )
)
v. )  CIVIL ACTION
)  Case No. 2:01-cv-539-FTM-31SPC
SORRELLS BROTHERS PACKING )
COMPANY, INC., )
)
Defendant. )
_____)

DENIED as MOOT and SO ORDERED this
15 day of March, 04.

GREGORY A. PRESNELL
United States District Judge

## JOINT NOTICE OF COMPLIANCE AND MOTION TO ALTER NATURE OF MARCH 19, 2004 HEARING

Plaintiffs and Defendant, by and through their respective undersigned counsel and in response to this Court's Order and Notice of Hearing dated February 4, 2004, hereby respectfully suggest that the evidentiary hearing currently scheduled for March 19, 2004 in Fort Myers, Florida be converted to a hearing to hear argument as to Plaintiffs' asserted entitlement to attorneys' fees and certain costs under Section 448.08, *Florida Statutes*.

Counsel for the parties have briefed the issue of whether Plaintiffs are entitled to an award of attorneys' fees and certain costs under Section 448.08, *Florida Statutes*. Before reaching potentially unnecessary issues such as the reasonableness of Plaintiffs' counsel's hourly rate, the volume of time billed to the case, and whether certain designated costs requested under this Florida State statute are appropriate, the undersigned counsel for the parties believe that it is a far more appropriate use of judicial resources for the Court to first determine the legal issue of whether Section 448.08 applies to this litigation.

75920_22

Accordingly, in lieu of exchanging the names of witnesses to be called at the scheduled March 19th hearing, the parties respectfully would submit that any evidentiary hearing as to reasonableness would be premature at this time. Instead, the Court could consider the entitlement issue based upon the parties' respective briefs, and further use the scheduled March 19th hearing for oral argument (if it so desired argument on the issue).

Dated: March 11, 2004

Respectfully submitted,

_/s/ Lisa Butler (JST)_
Lisa Butler
Florida Bar No. 125474
Christine E. Larson
Florida Bar No. 253413
FLORIDA RURAL LEGAL SERVICES, INC.
Post Office Box 219
3210 Cleveland Avenue
Fort Myers, Florida 33902-0219
(239) 334-4554
Fax: (239) 334-3042

_/s/ David J. Stefany_
David J. Stefany
Florida Bar No. 438995
ALLEN, NORTON & BLUE, P.A.
324 S. Hyde Park Avenue, Suite 350
Tampa, Florida 33606
(813) 251-1210
Fax: (813) 253-2006
Attorneys for Defendant

and

_/s/ Gregory S. Schell (JST)_
Gregory S. Schell
Florida Bar No. 287199
Migrant Farmworker Justice Project
508 Lucerne Avenue
Lake Worth, Florida 33460
(561) 582-3921
Fax: (561) 582-4884
Attorneys for Plaintiffs

75920_2

2

F I L E   C O P Y

Date Printed: 03/15/2004

Notice sent to:

    Kristina Rowe, Esq.
    Florida Rural Legal Services, Inc.
    106 S. 2nd St.
    P.O. Box 1109
    Immokalee, FL  34142

    2:01-cv-00539    maa

    Raul Canela Pardo, Esq.
    Florida Rural Legal Services, Inc.
    200 S. Indian River Dr., Suite 101
    P.O. Box 4333
    Ft. Pierce, FL  34948-4333

    2:01-cv-00539    maa

    Christine Elizabeth Larson, Esq.
    Florida Rural Legal Services
    3210 Cleveland Ave., Suite 101
    P.O. Box 219
    Fort Myers, FL  33902-0219

    2:01-cv-00539    maa

    Lisa Jeanne Butler, Esq.
    Florida Rural Legal Services
    3210 Cleveland Ave., Suite 101
    P.O. Box 219
    Fort Myers, FL  33902-0219

    2:01-cv-00539    maa

    Gregory Scott Schell, Esq.
    Migrant Farmworker Justice Project
    Florida Legal Services
    508 Lucerne Ave.
    Lake Worth, FL  33460

    2:01-cv-00539    maa

    David J. Stefany, Esq.
    Allen, Norton & Blue, P.A.
    324 S. Hyde Park Ave., Suite 350
    Tampa, FL  33606

    2:01-cv-00539    maa