IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

2:01-CV-539-Ftm-

No. 04-11922-GG

RUBEN GOMEZ-ORTIZ,
GERARDO JIMENEZ-GONZALEZ, et al.,

                                  Plaintiffs-Appellants,

versus

SORRELLS BROTHERS PACKING
COMPANY, INC.,

                                  Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Florida

Before TJOFLAT, BARKETT and PRYOR, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The district court's March 12, 2004, order denying the appellants' motion for costs and attorney's fees under Florida Statute § 448.08, and noting that costs under 28 U.S.C. § 1920 will be addressed in a separate order is neither final nor immediately appealable. 28 U.S.C. § 1291; Mekdeci v. Merrell National Laboratories, 711 F.2d 1510, 1523 (11th Cir. 1983).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A True Copy
Attested:
Clerk/U.S. Court of Appeals, Eleventh Circuit
By: _____
Deputy Clerk Atlanta, Ga