## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION



CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

SALVADOR JIMENEZ-GARCIA, et al,

    Plaintiffs,

-vs-                                    Case No. 2:01-cv-539-Ftm-31SPC

SORRELLS BROTHERS PACKING
COMPANY, INC.,

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that plaintiffs Ruben Gomez Ortiz and Juan Antonio Maldonado recover of defendant Sorrells Brothers Packing Company, Inc., their costs in the sum of $2,249.71 for which sum let execution issue.

Date: June 4, 2004

                                    SHERYL L. LOESCH, CLERK

                                    By: _____
                                        J. McClung, Deputy Clerk

F I L E   C O P Y

Date Printed: 06/04/2004

Notice sent to:


    Kristina Rowe, Esq.
Florida Rural Legal Services, Inc.
106 S. 2nd St.
P.O. Box 1109
Immokalee, FL  34142

2:01-cv-00539     jrm

___    Raul Canela Pardo, Esq.
Florida Rural Legal Services, Inc.
200 S. Indian River Dr., Suite 101
P.O. Box 4333
Ft. Pierce, FL  34948-4333

2:01-cv-00539     jrm

___    Christine Elizabeth Larson, Esq.
Florida Rural Legal Services
3210 Cleveland Ave., Suite 101
P.O. Box 219
Fort Myers, FL  33902-0219

2:01-cv-00539     jrm

___    Lisa Jeanne Butler, Esq.
Florida Rural Legal Services
3210 Cleveland Ave., Suite 101
P.O. Box 219
Fort Myers, FL  33902-0219

2:01-cv-00539     jrm

___    Hala A. Sandridge, Esq.
Fowler White Boggs Banker, P.A.
501 E. Kennedy Blvd.
P.O. Box 1438
Tampa, FL  33601-1438

2:01-cv-00539     jrm

___    Gregory Scott Schell, Esq.
Migrant Farmworker Justice Project
Florida Legal Services
508 Lucerne Ave.
Lake Worth, FL  33460

2:01-cv-00539     jrm

___    David J. Stefany, Esq.
Allen, Norton & Blue, P.A.

Hyde Park Ave., Suite 350
Tampa, FL  33606

2:01-cv-00539   jrm